# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

1:24-cv-12492
Judge John J. Tharp, Jr
Magistrate Judge Keri L. Holleb Hotaling
RANDOM CAT 2

Disgrase Felyer

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Village of Arlington Heights, Police Officers, Filipek, Felser, Croon, Dinov, Gacek, and White, Police Records Supervisor Schmidt

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
DEC 05 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Disgrase Felyer | | |
| Address | 1300 w Northwest Highway | | |
| | Mount Prospect | IL | 60056 |
| | *City* | *State* | *Zip Code* |
| County | Cook | | |
| Telephone Number | 773-272-8839 | | |
| E-Mail Address | rfr61974@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Village of Arlington Heights | | |
| Job or Title *(if known)* | Police Officers and Police Records Supervisor | | |
| Address | 33 s Arlington Heights rd | | |
| | Arlington Heights | IL | 60005 |
| | *City* | *State* | *Zip Code* |
| County | Cook | | |
| Telephone Number | 847-368-5540 | | |
| E-Mail Address *(if known)* | rhume@vah.com | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | | | |
| Job or Title *(if known)* | | | |
| Address | | | |
| | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______

Job or Title *(if known)* ______

Address ______

______ ______ ______
*City* *State* *Zip Code*

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______

Job or Title *(if known)* ______

Address ______

______ ______ ______
*City* *State* *Zip Code*

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Violation of my right to Due Process, illegal search, illegal seizure, unlawful arrest, held me in jail, cruel and unusual punishment, violation of my right to face my accuser,denied me my right to go before a judge, and didn't read me my rights.

______

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On 12/30/22 VAH Police Officers did the following without a warrant or probable cause: arrested me, held me in jail, searched my car, and seized my car. On 12/30/22 VAHPD didn't give me my Miranda Rights, didn't inform me of my right to an Administrative Hearing, denied me my right to go before a judge, and cuel and unusual punishment. On 1/10/23 Schmidt without legal authority denied me of my right to an Administraive Hearing. On 2/15/23 Filipek denied me of my right to face my accuser.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1) Filipek arrested me. 2) Filipek removed my scarf and hat. 3) Filipek didn't read me my Miranda rights. 4) Croon and Dinov serached my car. 5) Felser seized property from my car. 6) Croon seized my car. 7) Croon didn't inform me of my right to an administrative hearing. 8) Gacek and White dragged me out of jail minus my scarf and hat. 9) Gacek and white denied my right to go before a judge. 10) Schmidt denied of an Administrative hearing. 11) Filipek denied of my right to face my accuser.

B. What date and approximate time did the events giving rise to your claim(s) occur?

12/30/22 5:00pm, 1/10/23 12:00pm, and 2/15/23 10:00am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 12/30/22 I was pulled over and charged with 3 sections of the Illinois Vehicle Code by Officer Flilpek. Not one of the sections I was charged with are arrestable offenses and there was no warrant for my arrest. Officers Croon and Dinov searched my car without a warrant. Croon seized my car without a warrant. I presented clear evidence that I was homeless and the officers knew I was living in my car. Noone read me my Miranda Rights or informed me of my right to an administrative hearing for the seizure of my car. Filipek removed my scarf from my neck and my thermo hat from my head and placed these items inside my car. I was taken to jail and held for about 3 hours. I was then asked to leave and i refused. Officers Gacek and White dragged me out of jail denying me my right to go before a judge. I was dragged out of jail minus my scarf and thermo hat. My car/home was being held by a third party at a different location that was closed. I wondered the streets and spent the night on the police station floor. I sent a formal request for a hearing to the police chief for the seizure of my car and was denied by Schmidt who had no legal authority to deny my request. When the court date came for the 3 Illinois Vehicle Code charges came, Filipek refused to show up thus denying me my right to face my accuser.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was forced to wonder the streets in late December minus proper clothing to keep myself warm. I spent the night on the police station floor with no type of bedding equipment. I received no medical treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Order the Defendant to Plaintiff $5,000,000.00 for violation of my right to Due Process, illegal search, illegal seizure, unlawful arrest, held me in jail, cruel and unusual punishment, violation of my right to face my accuser, denied me my right to go before a judge, didn't read me my rights, court costs, legal fees, money i spent to get my car back, and time spent trying to win this case.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/04/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Disgrase Felyer

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

*City* *State* *Zip Code*

Telephone Number ______

E-mail Address ______