**IN THE CIRCUIT CIVIL COURT OF COOK COUNTY, ILLINOIS, THIRD DISTRICT,**

**MUNICIPAL DEPARTMENT**

6-PERSON JURY

FILED 24 APR 11 PM 1:34 IRIS Y. MARTINEZ CLERK OF THE CIRCUIT COURT OF COOK COUNTY

DISGRASE FELYER

Plaintiff,

V

VILLAGE OF ARLINGTON HEIGHTS, MAUREEN SCHMIDT, and POLICE OFFICER FILIPEK

Defendants.

Case NO. 24M3002723

JURY DEMANDED

**COMPLAINT**

1. NOW COMES Plaintiff and brings this complaint against Defendants for violating my rights to an administrative hearing.

**BACKGROUND**

2. Plaintiff was arrested on 12-30-2022 by Police Officer Filipek and an order was put in to tow my car. Officer Filipek failed to inform me of my right to an administrative hearing for the towing of my car which is required by law. The Village failed to notify me in writing of my right to administrative hearing which is required by law. On 1-27-23 Police Department Employee Maureen Schmidt denied my request for an administrative hearing.

**PARTIES**

3. This action is for damages at $30,000.00
4. Plaintiff live in Mount Prospect Illinois
5. Defendants are located in Arlington Heights Illinois.

6. All acts happened in Arlington Heights Illinois.
7. This court has jurisdiction.

## FACTIONAL ALLEGATION

## COUNT 1 DEFENDANTS' VIOLATED VAHMC 18-404

8. Plaintiff was arrested on 12-30-2022 by Police Officer Filipek and an order was put in to tow my car. Officer Filipek failed to inform Plaintiff of his right to an administrative hearing for the towing of my car which is required by law…[ The police officer shall notify any person indentifying himself as owner of the vehicle or any person who is found to be in control of the vehicle at the time of the alleged violation of the fact of the seizure and of the vehicle owner's right to request an administrative hearing…].

9. **Wherefore** Plaintiff requests this court to order Defendants to pay him $10,000.00, court costs, service fee, and any other thing this court deem just.

## COUNT 2 DEFENDANTS' VIOLATED VAHMC 18-405

10. The Village failed to notify Plaintiff in writing of his right to request an administrative hearing which is required by law. […Within five business days after a vehicle is seized and impounded pursuant to this Article, the Village shall notify the owner of record of the owner's right to request a hearing to challenge whether a violation of this Article has occurred. Notice shall be by certified mail, or receipted commercial delivery service…].

11. **Wherefore** Plaintiff requests this court to order Defendants to pay him $10,000.00, court costs, service fee, and any other thing this court deem just.

## COUNT 3 DEFENDANTS' VIOLATED VAHMC 18-405

12. Maureen Schmidt an employee of the Police Department denied Plaintiff of his right to an administrative hearing which he is entitled to by law. […A request for a hearing must be made to the Police Chief, in writing,…]. Plaintiff sent a request for an administrative hearing to the Police Chief on 1-26-23. On 1-27-23 Maureen Schmidt accepted and denied my request stating "The seizure of your car does not meet the guideline of Section 18-405. This is if you paid a $500.00 administrative fee for the violation listed within that code." See exhibit 1. Maureen Schmidt denial isn't in accordance with VAHMC 18-405.

13. **Wherefore** Plaintiff requests this court to order Defendants to pay him $10,000.00, court costs, service fee, and any other thing this court deem just.

DISGRASE FELYER
rfr61974@gmail.com
PO BOX 9147
CHICAGO IL 60609
773-272-8839

4/7/24

Gmail

Rodney Rogers <rfr61974@gmail.com>

# POLICE CHIEF FORMAL REQUEST

**Rodney Rogers** <rfr61974@gmail.com> Thu, Jan 26, 2023 at 4:33 AM
To: mschmidt@vah.com

Pursuant to: AHMC Section 18-405 Administrative Hearing and 625 ILCS 5/11-208.7(f)

I am requesting a hearing for the seizure of my car. I am requesting the date of 02-14-2023.

Disgrase Felyer
rfr61974@gmail.com

Ex 1
p 1

Gmail Rodney Rogers <rfr61974@gmail.com>

# POLICE CHIEF FORMAL REQUEST

**Schmidt, Maureen** <mschmidt@vah.com> Fri, Jan 27, 2023 at 2:17 PM
To: Rodney Rogers <rfr61974@gmail.com>

Good Afternoon,

The seizure of your car does not meet the guideline of Section 18-405. This is if you paid a $500.00 administrative fee for the violations listed within that code.

Thank you,

Maureen

---

**From:** Rodney Rogers <rfr61974@gmail.com>
**Sent:** Thursday, January 26, 2023 4:33 AM
**To:** Schmidt, Maureen <mschmidt@vah.com>
**Subject:** POLICE CHIEF FORMAL REQUEST

[**NOTICE:** This message originated outside of Village of Arlington Heights email system -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

[Quoted text hidden]

Ex 1
p 2

EXHIBIT 2

Civil Action Cover Sheet 6-PERSON JURY (08/31/22) CCM 0520 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**MUNICIPAL DEPARTMENT, 3rd DISTRICT**

Disgrase Felyer
Plaintiff

v.

Village of Arlington Heights
Defendant

Case No. 24M3002723

Jury Demand X Yes ☐ No

☐ I need language help in court.

I speak ______

FILED 24 APR -1 PM 1:34 CLERK OF THE CIRCUIT COURT COOK COUNTY

**CIVIL ACTION COVER SHEET**

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

**Civil Case (A)**

- ☐ 0004 Tort not Personal Injury
- ☒ 1004 Tort not Personal Injury (Jury)
- ☐ 0007 Confession of Judgment
- ☐ 1007 Confession of Judgment (Jury)
- ☐ 0008 Replevin
- ☐ 1008 Replevin (Jury)
- ☐ 0017 Detinue
- ☐ 1017 Detinue (Jury Demand)
- ☐ 0031 Foreign Judgment Filing Out of State/Out of Country
- ☐ 0054 Registration of Administrative Judgment

**Tort/Personal Injury Case**

Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

- ☐ 0027 Personal Injury Motor Vehicle
- ☐ 1027 Personal Injury Motor Vehicle (Jury)
- ☐ 0048 Dram Shop
- ☐ 1048 Dram Shop (Jury)
- ☐ 0049 Product Liability
- ☐ 1049 Product Liability (Jury)
- ☐ 0051 Personal Injury Subrogation
- ☐ 1051 Personal Injury Subrogation (Jury)
- ☐ 0057 Personal Injury Motor Vehicle Subrogation
- ☐ 1057 Personal Injury Motor Vehicle Subrogation (Jury)
- ☐ 0001 Personal Injury
- ☐ 1001 Personal Injury (Jury)
- ☐ 0063 Tort Intentional
- ☐ 1063 Tort Intentional (Jury)
- ☐ 0062 Property Damage
- ☐ 1062 Property Damage (Jury)

**Other Litigation Case**

(i.e. credit card agreements, any contract between two or more individuals)

- ☐ 0002 Breach of Contract
- ☐ 1002 Breach of Contract (Jury)
- ☐ 0071 Fraud
- ☐ 1071 Fraud (Jury)
- ☐ 0072 Consumer Fraud
- ☐ 1072 Consumer Fraud (Jury)
- ☐ 0073 Breach of Warranty
- ☐ 1073 Breach of Warranty (Jury)
- ☐ 0074 Statutory Action Complaint
- ☐ 1074 Statutory Action Complaint (Jury)
- ☐ 0068 Consumer Debt Complaint
- ☐ 1068 Consumer Debt Complaint (Jury)

**Civil Case (B)**

- ☐ Filing an Illinois Court Judgment
- ☐ 0100 Petition for Discovery
  A Petition to take depositions or subpoena records before a case is filed.
- ☐ 0009 Name Change (Suburban Districts only)

Civil Action Cover Sheet (08/31/22) CCM 0520 B

**Civil Housing Case**

(i.e. condominium conversion, conservation, demolition/objection to fast track, exterior walls/ facades, fire protection, heat call (including Unincorporated Cook County), lead paint new developments, public nuisance, public places of amusement, strategic task force inspections)

- ☐ 0038 Housing
- ☐ 0086 Objection to Fast Track
- ☐ 0044 Criminal Ordinance Violation
- ☐ 0037 Heat Case
- ☐ 0034 Vacant Building

**Pro Se Case Type (First Municipal Civil Division only)**

The Pro Se Court section of the Civil Division resolves disputes between parties where the amount at issue does not exceed $5,000. The party may act as their own attorney. Forms can be completed at the Pro Se desk in Room 602.

- ☐ 0050 Pro Se ($5,000 or less)

**Eviction Case/Civil Eviction/CHA Eviction**

A summary proceeding in which the landlord seeks to restore possession of the premises or payment of rent when the tenant has wrongfully withheld rent or possession of the premises.

- ☐ 0095 Eviction - Commercial Complaint filed
- ☐ 1095 Eviction - Commercial Complaint filed (Jury Demand)
- ☐ 0096 Eviction - Residential Complaint filed
- ☐ 1096 Eviction - Residential Complaint filed (Jury Demand)
- ☐ 0097 Eviction Joint Action - Commercial Complaint filed
- ☐ 1097 Eviction Joint Action - Commercial Complaint filed (Jury Demand)
- ☐ 0098 Eviction Joint Action - Residential Complaint filed
- ☐ 1098 Eviction Joint Action - Residential Complaint filed (Jury Demand)
- ☐ 0018 Distress for Rent
- ☐ 1018 Distress for Rent (Jury)
- ☐ 0023 Mortgage Foreclosure Eviction
- ☐ 1023 Mortgage Foreclosure Eviction (Jury)
- ☐ 0024 Mortgage Foreclosure Eviction - Joint Action
- ☐ 1024 Mortgage Foreclosure Eviction - Joint Action (Jury)
- ☐ 0021 CHA Eviction
- ☐ 1021 CHA Eviction (Jury)
- ☐ 0022 CHA Joint Action
- ☐ 1022 CHA Joint Action (Jury)

Atty. No.: ____________ (Pro Se 99500)

Atty Name: ____________

Atty. for: Disgrase Felyer

Address: P.O. Box 9147

City: Chicago State: IL

Zip: 60609

Telephone: 773-272-8839

Primary Email: rfr61974@gmail.com

Pro Se Only: ☒ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: rfr61974@gmail.com

EXHIBIT 2

Case Transactions Summary for Felyan Disgrase

Case Number: 20243002723

| Fee Category | Charges | Payments | Credits | Balance | Disb | Escrow |
|---|---|---|---|---|---|---|
| **Court Costs** | **439.25** | **439.25** | **0.00** | **0.00** | **0.00** | **439.25** |
| Access to Justice Fund Fee | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| Base Filing Fee | 290.00 | 290.00 | 0.00 | 0.00 | 0.00 | 290.00 |
| Dispute Resolution | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| eBusiness Fee | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| Jury Demand - 6 Person | 106.25 | 106.25 | 0.00 | 0.00 | 0.00 | 106.25 |
| Law Library | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| Mandatory Arbitration Fee | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| **Special Purposes** | **55.00** | **55.00** | **0.00** | **0.00** | **0.00** | **55.00** |
| Court Automation Fee | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| Document Storage | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| Operations and Administrative Fee | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| **Totals** | **494.25** | **494.25** | **0.00** | **0.00** | **0.00** | **494.25** |

**Indirect Total** 0.00