EXHIBIT 3

Order (02/25/21) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Felyer

v.

Village of Arlington Heights, et al

No. 24 M3 002723

ORDER

This matter, having come before the Court on Defendants' Section 2-619.1 Motion to Dismiss Plaintiff's Complaint, due notice having been given, and the Court being advised in the premises, IT IS HEREBY ORDERED:

1. Defendants' Motion is granted. Per 2-615, the Plaintiff's Complaint is dismissed without prejudice.
2. Plaintiff is granted leave to file an amended complaint on or before December 18, 2024.
3. Plaintiff's Motion to Strike and Motion for Sanctions are entered and continued.
4. This matter is set for status on Friday, December 20, 2024, at 9:30 a.m. in Room 205 of the Rolling Meadows Courthouse. The parties may appear via Zoom.

Attorney No.: 64467
Name: Matt Passman / Elrod Friedman LLP
Atty. for: Defendants
Address: 325 N. LaSalle St, Ste. 450
City/State/Zip: Chicago IL 60654
Telephone: 312-528-5200

ENTERED
Judge James P. Pieczonka - 2134
NOV 20 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED:

Dated: ____________, ______

Judge ____________ Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT 3