EXHIBIT 4

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0205
System Generated Hearing Date: <<CmsHearingStart>>
Location: <<CmsHearingResource="Location">>
Judge: <<CmsHearingResource="JudicialOfficer">>

FILED
1/16/2025 5:13 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20243002723
Courtroom, 0205
31014714

FILED DATE: 1/16/2025 5:13 PM 20243002723

IN THE CIRCUIT CIVIL COURT OF COOK COUNTY, ILLINOIS, THIRD DISTRICT,

MUNICIPAL DIVISION

DISGRASE FELYER

Plaintiff

v

Case NO. 20243002723

VILLAGE OF ARLINGTON HEIGHTS, MAUREEN SCHMIDT, AND POLICE OFFICER FILIPEK

20243002723

Defendants

______________________________________/

PLAINTIFF'S MOTION FOR 30 DAY EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT

1. Plaintiff filed a motion to stay this case because he made the same allegations in a federal lawsuit against the village. Plaintiff is waiting for the Judge's decision on whether or not these charges fall under federal jurisdiction. Meanwhile Plaintiff was ordered by this court to file a first amended complaint. Plaintiff in his original complaint alleged violations of the Village of Arlington Heights Municipal Code. Plaintiff assumed that the police officer was acting under said Code when he requested the towing of Plaintiff's car. Defendant in their motion to dismiss made the following assertion: [Courts have recognized that Illinois municipalities are without power to violate their own code provisions. See Beneficial Dev. Corp. v. City of Highland Park, 161 Ill. 2d 321, 330 (1994). However, courts can only remedy such violations through declaratory judgment (i.e., a finding that the municipality violated its own code) or injunctive relief (i.e., enjoining the municipality from engaging in the violative behavior). See id.; see also Tierney v. Schaumburg, 182 Ill. App. 3d 1055, 1059 (1st Dist. 1989).] Plaintiff in


EXHIBIT 4

FILED DATE: 1/16/2025 5:13 PM 20243002723

his response to the motion to dismiss asserted he can simply amend to the provision of 625 ILCS 5/11208.7(e)(2)(3) and (f)

2. Due to the fact that the police officer requested the towing of Plaintiff's car from the parking area of a shopping center Plaintiff is unaware of which authority said police officer was acting under. Here is a list of possibilities: a) Contract with the property owner. b) Illinois Vehicle Code. c) Village of Arlington Heights Municipal Code. d) A police department general order. e) Case Law. f) Another statute. Plaintiff is not an attorney or an expert in the law. Plaintiff is a layman but Plaintiff has contacted the village via FOIA in a good faith effort to figure this out. Plaintiff believes he will received the necessary records shortly that will allow him to file is his amended complaint.

CONCLUSION

3. Plaintiff asks this court for a 30 day extension to file his first amended complaint and grant any other relief this court deem just.

1/16/25