# GENERAL ORDER

| | | |
|---|---|---|
| **NUMBER:** 66.2 | | |
| **SUBJECT:** TOWING PROCEDURES | | |
| **ISSUE DATE:** MAY 20, 1994 | **RESCINDS:** | **DISTRIBUTION:** 'A' |
| **EFFECTIVE DATE:** MAY 20, 1994 | **REFERENCE:** CALEA – 61.2.2, 61.4.3 Also See Page 15 | |
| **TERMINATION DATE:** INDEFINITE | | |
| **AMENDED DATE:** MAR 12, 2014 | | |

PURPOSE:

To establish procedures for initiating and documenting the towing or relocation of motor vehicles.

PROCEDURE:

Department personnel will conform to the procedures outlined in this Order whenever a vehicle is towed or relocated in reference to a traffic crash, custodial arrest, asset forfeiture or other lawful purpose.

**I. Authority to Remove and Tow Vehicles**

A. The Chief of Police or his/her designee is authorized by law to immediately and without prior notice, as well as with duly documented notice for such action, tow away or cause to be towed away, any vehicle that is on any public street, public or private place providing the vehicle meets the following criteria:

1. The vehicle is parked or left unattended in a posted "Tow Away" zone, Village owned parking lot, or is in violation of a snow-parking ban.

2. The vehicle is parked or left unattended in such a manner as to block a driveway or traffic lane and creates an immediate hazard or is endangering the public health or safety by creating an unsafe condition or hinders the efficient flow of vehicle and pedestrian traffic.

3. The vehicle was used by an individual who was arrested for a violation of Illinois Criminal Statutes, Illinois Vehicle Code or similar Local Ordinance.

4. The vehicle was used in the commission of a felony as defined by 720 ILCS 5/36-1 (Seizure and Forfeiture of Vessels, Vehicles and Aircraft).

5. The vehicle was used in the commission of any violation of 625 ILCS 5/11-501 (Driving Under the Influence) or similar Local Ordinance, including Section 8-205 (Operation of a Motor Vehicle by Underage Persons with an Alcoholic Beverage in or on the Vehicle or when the Underage Person is Impaired Due to Alcohol).

6. The vehicle was used in the commission of a violation of 625 ILCS 5/6-303 (Driving While Driver's License, Permit, or Privilege To Operate A Motor Vehicle Is Revoked – as a result of a conviction for DUI).

7. The vehicle has been immobilized in accordance with the provisions of General Order #66.4 – *Parking Scofflaw – Vehicle Immobilization* and the vehicle has not been released from such immobilization within a twenty-four (24) hour time period.

B. The Chief of Police or his/her designee is also authorized by law to tow away abandoned or inoperable vehicle(s) not meeting the requirements of Paragraph I., A. of this directive. The procedures in this circumstance are outlined in General Order #66.3 – *Abandoned or Inoperable Vehicles.*

## II. Custodial Arrests

A. Following the custodial arrest of any motorist, officers will tow the arrestee's vehicle, unless the arrestee is the legal owner of the vehicle and authorizes a vehicle passenger to drive the vehicle from the arrest scene.

Officers will at all times verify that the designated passenger has a valid driver's license and the ability to operate the vehicle in a safe manner.

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

Under no circumstances shall the arrestee's vehicle be left unattended and/or parked at the scene of the arrest.

B. If the arrestee's vehicle is to be towed, the arresting officer and/or assisting officer will:

1. Perform an inventory search of all accessible areas of the vehicle, including the contents of the trunk/hatchback.

2. Complete a ***Report Continuation "E" – Motor Vehicle Tow Report*** (Refer to Appendix 'A'), inventorying all items of property that are not component parts of the vehicle.

3. Remove any 'valuable' items such as currency or jewelry from the vehicle, and either return the property to the proper owner, relinquish items to an approved vehicle passenger or for safe-keeping, submit items of value into the Department property inventory.

C. Upon showing proof of vehicle ownership and a current insurance policy, all vehicles towed without a 'HOLD', may be released to the proper owner or their agent.

D. Vehicles which are towed with a 'HOLD' may not be released without the written approval of the officer in charge of an investigation or a Supervisor on a ***Property Release Authorization*** form (Refer to Appendix 'B').

Prior to the release of any vehicle, the vehicle owner is responsible for paying all towing and storage fees to the tow company.

E. If the custodial arrest results from a violation of Section 11-501 (Driving Under the influence of Alcohol and/or Drugs) of State Statute or Local Ordinance, the vehicle shall be impounded and released in accordance with the provisions of General Order #62.13 - *D.U.I. Vehicle Seizure and Impoundment*.

If the custodial arrest results from a violation of Section 6-303 (Driving While Driver's License, Permit,

or Privilege To Operate A Motor Vehicle Is Revoked – as a result of a conviction for DUI) of State Statute, the vehicle shall be impounded and released in accordance with the provisions of General Order #62.13 – *DUI/Revoked DL Vehicle Seizure and Impoundment.*

If the custodial arrest results from a violation of Section 8-205 (Operation of a Motor Vehicle by Underage Persons with an Alcoholic Beverage in or on the Vehicle or when the Underage Person is Impaired Due to Alcohol), the vehicle shall be impounded and released in accordance with the provisions of General Order #44.1 - *Underage Drinking Enforcement*.

## III. Traffic Crash Tows

A. Whenever a vehicle involved in a traffic crash cannot be driven from the scene due to damage, or is left unoccupied due to the emergency transport of the driver for the treatment of injuries, the reporting officer will:

1. If practical, and prior to emergency transport, determine if the injured driver has a preference for a local tow company. If the driver requests a specific tow company, the Public Information Desk will telephone the business to request service and determine an estimated time of arrival.

   The reporting officer will notify their Supervisor if the estimated arrival time is not reasonable under the circumstances.

2. If a private towing company is not requested, the requested towing service can not provide an immediate response or the vehicle is impeding the flow of traffic, the Public Information Desk will contact the Department's contracted tow company to relocate the vehicle.

3. Complete a ***Report Continuation "E" – Motor Vehicle Tow Report***, inventorying all items of property that are not component parts of the vehicle.

Towing information, to include the name of the towing service, location to which the vehicle was relocated, and the Towed Vehicle Number, will be documented in the areas provided on the backside of the ***Illinois Traffic Crash Report***.

4. If a private towing company is requested by the involved driver and it arrives on-scene to assist in the relocation of a vehicle damaged in a crash, the responding officer is not required to complete a ***Report Continuation "E"*** or inventory any vehicle property.

B. Whenever the nature of a traffic crash involves a pending investigation, the investigating officer(s) may tow and impound the involved vehicle(s) with Supervisory approval.

All vehicles impounded in this manner will be relocated by the Department's contracted tow company to a secure location designated by the investigating officer.

C. The vehicle owner is responsible for paying all towing and storage fees to the tow company removing the vehicle.

## IV. Immobilized Vehicle Tows

A. Whenever a vehicle has been properly and lawfully immobilized, and the vehicle owner has not made arrangements to release the vehicle within twenty-four (24) hours after such immobilization, the vehicle may be towed and impounded until such time as all parking/Village vehicle license violations have been satisfied in one of the prescribed manners as listed in the controlling order. In doing so, the procedures outlined in General Order # 66.4 Section V, Paragraph A Subsections 1-6 – *Parking Scofflaws – Vehicle Immobilization,* shall be followed.

B. Additional protocols shall be observed and in facilitating such a tow the officer will:

1. Contact the Public Information Desk and request the Department's contracted tow company respond to the scene to relocate the vehicle.

2. Complete a **Report Continuation "E" – Motor Vehicle Tow Report.**

3. Complete a **Police Tow Sticker,** indicating a "HOLD – INVESTIGATION" impound status by checking the appropriate box and handwriting "Immobilization Impoundment" on the face of the sticker in such a manner as to be easily observed.

4. Complete a supplemental report utilizing the existing report number related to the initial immobilization detailing the circumstances of the tow to include:

   a. Description of the vehicle, registration number, vehicle identification number, and vehicle owner information;

   b. Vehicle damage;

   c. Location of the vehicle, including the specific parking space number when located in a municipally-owned parking garage or parking lot;

   d. Name of the individual confirming the vehicle's status as being active and eligible for towing;

   e. Name of the supervisor approving the tow;

   f. Name of the officer requesting the tow;

   g. Name of the sworn officer present during the tow;

   h. Total amount of fines, penalties and fees outstanding, as indicated by the Traffic Compliance Officer;

## V. Immediate Towing/Relocation

The immediate towing or relocation of an illegally parked or abandoned motor vehicle either with or without prior notice, or a duly immobilized motor vehicle with prior notice, can be authorized by a Supervisor under any of the following conditions:

A. When the vehicle poses an 'immediate hazard' or threat to the public health and safety.

Examples of 'immediate hazards' and threats to the public health and safety include but are not limited to:

1. Vehicles causing traffic lane blockage during high volume traffic periods or inclement weather.

2. Vehicles providing shelter for domestic animals, wildlife, rodents or insects.

3. Vehicles containing rotting materials, biohazards or other substances threatening public health.

4. Vehicles in a deteriorated condition where physical contact with such items as broken glass, exposed electrical wiring and torn metal might cause injury.

5. Vehicles leaking hazardous materials such as gasoline or other automotive fluids.

B. When the vehicle is obstructing traffic, blocking access to a roadway, private driveway or pedestrian walkway or otherwise creates an immediate hazard.

C. When the vehicle has been discovered to be stolen.

D. If the registered owner and lien holder cannot be located because the license plates and vehicle identification number (V.I.N.) have been removed or made illegible.

E. If the vehicle owner, or other person, attempts to remove the vehicle from the immobilized location; attempts to remove or damage the immobilization device; or threatens to engineer such damage to the device.

F. Interference With Parades/Special Events

Vehicles found to be parked in a manner which impedes other vehicles, pedestrians, parade routes or special event activities (e.g., Independence Day Parade, Frontier Days Festival, etc.) may be relocated in

accordance with the provisions of an ***Operation Plan*** or similar event planning document from an outside entity.

Immediate tows involving these special events will be authorized under the following conditions:

1. After coming upon a violation or in response to a complaint, an officer or employee will request Supervisory approval for any vehicle relocation.

2. After receiving authorization to relocate a vehicle, the reporting officer/employee will immediately direct Public Information Desk personnel to contact the Police Department's contracted tow company and request a tow.

3. Officers and employees will follow the standardized procedures established in this directive for initiating tow requests and for reporting a vehicle tow/relocation.

4. Prior to the actual relocation or tow of any vehicle, the reporting officer or employee will:

   a. Photograph the vehicle in a manner that accurately depicts the violation.

   b. Issue and affix the appropriate parking citation(s) to the vehicle.

   c. Generate a case report number through Northwest Central Dispatch System, and complete an ***Incident/Offense Report*** and ***Continuation Report "E"*** utilizing the offense classification of 'Parking Complaint' (7746).

   d. The officer requesting the tow will await the arrival of the contracted tow company and stand-by the tow scene until the vehicle is successfully relocated.

   e. Vehicles will be temporarily relocated to a location designated by the Supervisor of the Community Services Bureau or his designee.

f. All case reports will be completed and submitted for supervisory approval immediately after the vehicle is relocated.

g. The vehicle owner/driver may reclaim the relocated vehicle by paying a prescribed towing fee at the Public Information Desk in accordance with the provisions of an ***Operation Plan*** or similar event planning document from an outside entity.

Personal checks will not be accepted as payment for relocation fees. The release of relocated vehicles will be completed according to the following:

(1) Public Information Desk personnel will complete a two-part receipt for the payment of fees.

The two-part receipt will include:

(a) The vehicle owner or driver's descriptive information including home address, home telephone and driver's license number, including state of issue.

(b) The incident case number.

(2) The production of a driver's license or violator copy of a traffic citation by the owner/driver of the relocated vehicle will be sufficient identification to allow a vehicle's release.

(3) The original copy of the receipt, relocation cash fees and a copy of the completed ***Incident/Offense Report*** will be sealed in a mailing envelope and deposited in the floor safe maintained inside the Patrol Bureau Operations Office.

(4) The secondary copy of the two-part receipt will be given to the vehicle owner/driver as proof of payment.

(5) The transmittal of relocation fees to the Department's contracted towing company will be managed by the Records Bureau Supervisor or designee.

## VI. Tow Requests

Officers initiating vehicle tows will communicate with Public Information Desk personnel and request a tow by providing the following information:

A. Location of the vehicle to be towed.

B. Reason for the tow (i.e. traffic crash, D.U.I. or other custodial arrest, traffic hazard, abandoned, recovered stolen auto, seized under Chapter 720 ILCS 5/36-1 or Chapter 720 ILCS 570/505 or similar federal statute application, impounded for investigation, or other explanation).

C. Complete description of the vehicle.

D. Whether the vehicle can be released by the towing company to its owner or a '<u>HOLD</u>' has been placed on the vehicle because of a DUI/Revoked DL Vehicle Seizure and Impound, Impaired Underage Alcohol Use/Possession, asset forfeiture, vehicle immobilization, or investigation purposes. An investigative or immobilization vehicle '<u>HOLD</u>' requires Supervisory approval.

## VII. Responsibilities of Public Information Desk Personnel

A. Public Information Desk personnel will telephone the Department's contracted tow company to request service.

B. The tow request will be entered in the ***Vehicle Tow Record Log*** (Refer to Appendix 'C') with the information provided by the initiating officer. A sequential <u>Towed Vehicle Number</u> will be assigned for each individual vehicle for which a tow request is made.

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

The Towed Vehicle Number will consist of the prefix 'TV', along with the last two digits of the calendar year, followed by a hyphen and a four digit number issued in sequential order from the ***Vehicle Tow Record Log***.

**Example:** TV 08-0001

C. The following is a step-by-step description of how to complete entries in the ***Vehicle Tow Record Log***. The instructions will follow the numbering system of the boxes on the log form. Under no circumstances will any box be left blank.

**VEHICLE INFO AREAS**

Box #1 - **TOW NUMBER**
This number is to be given to the officer initiating a vehicle tow. Numbers will be assigned sequentially based upon the last log entry in the previous box.

Box #2 - **DATE**
Enter the date the vehicle was towed in the format of MO/DAY/YR (Example: 01/01/08).

Box #3 - **TIME**
Enter the time the tow was requested by the officer.

Box #4 - **CASE NUMBER**
Enter the report case number that applies to the towed vehicle as assigned by the Northwest Central Dispatch System (NWCDS).

Box #5 - **REASON FOR TOW**
Check the appropriate box for the reason the vehicle is being towed, such as due to a traffic crash, being a traffic hazard, a recovered stolen vehicle, subsequent to a custodial arrest, an abandoned vehicle, or a vehicle seized by the Department under a State or Federal statute.

If the vehicle is towed for a reason not indicated, write the reason in the blank

space provided underneath the words "OTHER (EXPLAIN):".

Box #6 - **YEAR**
Enter the year of manufacture for the towed vehicle.

Box #7 - **MAKE**
Enter the vehicle manufacturer's name such as Chevrolet.

Box #8 - **MODEL**
Enter the vehicle model such as Caprice.

Box #9 - **STYLE**
Enter the style of the vehicle such as 2-door, 4-door, van, S.U.V., pickup truck, etc.

Box #10 - **COLOR**
Enter the color(s) of the vehicle. The space to the left of the divider is for the color of the vinyl top, if present. If the vehicle has no vinyl top, draw a dash through the area. The space to the right of the divider is for the primary paint color of the vehicle.

Box #11 - **LICENSE NUMBER/STATE**
Enter the license plate or temporary registration number/letters, and the state which issued the plate for the vehicle. If the vehicle has no current registration, enter "NONE" or "APPLIED FOR" if appropriate.

Box #12 - **EXP. MO/YR**
Enter the month and year of expiration for the license plate.

Box #13 - **V.I.N. (Vehicle Identification Number)**
Enter the V.I.N. as provided by the officer initiating the tow.

Officers must physically verify this by inspecting the V.I.N. plate attached to the vehicle, and not simply copying the V.I.N.

number provided through a computerized registration check.

**IMPOUND STATUS AREAS**

The officer initiating the tow will indicate the impound status of the vehicle being towed. Only **one** of the three boxes is to be checked to indicate the appropriate status as follows:

Box #14 - Vehicle **can** be released to the legal owner on request.

Box #15 – Vehicle **cannot** be released to the owner as a 'HOLD' has been placed on it subsequent to seizure provisions of a State or Federal statute.

Box #16 - Vehicle **cannot** be released to the owner as a 'HOLD' has been placed on it pending completion of an investigation or based on the vehicle's status as immobilized. This type of 'HOLD' requires Supervisory approval.

Whenever this box is marked, write in the space provided the name of the Supervisor who has given approval for the 'HOLD'.

Box #17 - Vehicle **cannot** be released to its driver when arrested for D.U.I., as it is impounded under State Statute 625 ILCS 5/4-203(e) for a twelve-hour period following the arrest.

Vehicles towed subsequent to an arrest for D.U.I., DWLR for conviction of a D.U.I. offense, ~~and~~ Local Ordinance Underage Impairment/ Possession of Alcohol Inside a Vehicle charges, as well as immobilization impoundment are subject to Administrative Fees and/or fines that must be satisfied before the vehicle can be released. Guidelines for the administration of these 'fees and/or fines' are included in General Orders #44.1 – *Underage Drinking Enforcement* and #62.13 – *DUI/Revoked DL Vehicle Seizure*

*and Impoundment #66.4 – Parking Scofflaw – Vehicle Immobilization.*

Box #18 – **OFFICER REQUESTING TOW/STAR**
Enter the last name and star number of the officer initiating the tow for the vehicle.

Box #19 – **LOCATION OF VEHICLE TOW**
Enter the location from which the vehicle was towed by indicating the street address or intersection, and the city and state.

Box #20 – **PSO COMPLETING TOW RECORD/ID#**
Enter the last name and star number of the Public Service Officer or other employee making the entry into the ***Vehicle Tow Record Log***.

Box #21 – **SUPERVISOR'S SIGNATURE VERIFYING ENTRY**
When Public Information Desk personnel have completed the entry of information into the ***Vehicle Tow Record Log***, a Patrol Bureau Supervisor will review the entry for accuracy and completeness, and then sign their name in this box to certify approval.

D. Public Information Desk personnel will advise the initiating officer when the tow is enroute, the estimated time of arrival, and the Towed Vehicle Number.

E. Prior to the completion of the duty day, Public Information Desk personnel will have an On-Duty Patrol Bureau Supervisor check all entries in the ***Vehicle Tow Record Log*** for completion and accuracy, and sign each entry in Box #21.

## VIII. Responsibilities of Officers Initiating Vehicle Tows

A. Officers initiating vehicle tows will complete a ***Police Tow Sticker*** (Refer to Appendix 'D'), with the exception of incidents involving an arrest for D.U.I. in which a ***Police D.U.I. Impoundment Sticker*** (Refer to Appendix 'E') is utilized or an arrest for DWLR for conviction of a D.U.I. offense in which a ***Police Revoked D.L.***

***Impoundment Sticker*** (Refer to Appendix "F") is utilized.

The Sticker will be completed with a pen containing a non-water soluble black ink (ball-point style).

Whenever possible, the Sticker should be affixed to the interior of the driver's door window or driver's side of the windshield by utilizing the two adhesive strips on the edges of the face side.

B. The Towed Vehicle Number will be documented on the appropriate report form upon completion of the incident.

1. **Illinois Traffic Crash Report**
Enter the Towed Vehicle Number on the backside of the ***Illinois Traffic Crash Report*** in the space on the bottom of the page labeled 'Local Use Only', in the box(s) marked 'Towed by/to' that corresponds with the Unit Number towed.

2. **Report Continuation "E" – Motor Vehicle Tow**
Enter the Towed Vehicle Number in Box #d of the report form relating to Towing Information.

C. Whenever a ***Report Continuation "E"*** is completed for a tow or relocation, the yellow copy will be detached from the other carbonless copies and be given to the tow driver.

D. Vehicle tows that are initiated at the request of the motorist/vehicle owner in which the officer does not take custody of the vehicle for towing, will not require the completion of a ***Report Continuation "E"*** or a ***Police Tow Sticker***.

Additionally, the officer will not be required to inventory personal property left in the vehicle at the time of tow, which will be the responsibility of the motorist/vehicle owner.

E. In the event a vehicle is towed or relocated without the prior knowledge of the vehicle owner, the reporting officer will:

1. Contact the Northwest Central Dispatch System and request that the vehicle be entered into the Law Enforcement Agencies Data System (LEADS) as "Towed/Impounded".

2. Attempts shall be made to contact the registered owner(s) to advise on the status of their vehicle. All such attempts, whether successful or not, shall be noted in the case report.

## IX. Responsibilities of the Police Records Bureau

A. The Police Department - Records Bureau will maintain records pertinent to the towing, relocation, and impoundment of vehicles. At the beginning of each Calendar Year, the ***Vehicle Tow Record Log*** from the prior year will be forwarded to the Records Bureau, and a new Logbook for the current year delivered to the Public Information Desk for use.

B. Whenever a vehicle towed by order or authorization of the Police Department remains unclaimed by the legal owner(s), the towing company shall make a separate report for an 'Unattended Motor Vehicle' (7717).

Unclaimed vehicles will be processed in a manner consistent with the procedures outlined in General Order #66.3 – *Abandoned or Inoperable Vehicles*.

| SUBJECT: | ISSUE DATE: | AMENDED DATE: | NUMBER: |
|---|---|---|---|
| **TOWING PROCEDURES** | MAY 20, 1994 | AUG 06, 2013 | 66.2 |

APPENDIX:

'A' – Report Continuation "E" – Motor Vehicle Tow Report
'B' – Property Release Authorization
'C' – Vehicle Tow Record Log
'D' – Police Tow Sticker
'E' – Police D.U.I. Impoundment Sticker
'F' – Police Revoked D.L. Impoundment Sticker

REFERENCES:

**Arlington Heights Municipal Code** (Latest Revision)
Sections: 8-205
18-210
18-223
18-224
19-201
19-202
19-203
19-208

**Illinois Compiled Statutes** (Latest Revision)
Chapters: 625 ILCS 5/1-101.5
625 ILCS 5/4-201 through 4-214
625 ILCS 5/11-501
625 ILCS 5/6-303
720 ILCS 5/36-1
720 ILCS 570/505

**General Orders**
#44.1 - Underage Drinking Enforcement
#62.13- D.U.I./Revoked DL Vehicle Seizure and Impoundment
#66.3 - Abandoned Or Inoperable Vehicles
#66.4 - Parking Scofflaw – Vehicle Immobilization

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

## APPENDIX 'A' – REPORT CONTINUATION "E" – MOTOR VEHICLE TOW REPORT

ARLINGTON HEIGHTS POLICE DEPARTMENT — REPORT CONTINUATION "E"

| | | | | |
|---|---|---|---|---|
| Page of Pages | TYPE OF OFFENSE | | | CASE NUMBER |
| Day Of Week | Date Of Continuation | Type Of Continuation | Case Status | Investigator Assigned |
| ☐ Continuation for Current Report | ☐ Follow-up or Supplementary Information | | Investigation Continuing | ☐ Yes ☐ No |

### MOTOR VEHICLE TOW REPORT

1. REASON FOR TOWING
☐ Accident ______ Accident Number (if different)
☐ Abandoned/Inoperative
☐ Impounded as Evidence
☐ Seized for Forfeiture
☐ Motorist Assist/Traffic Hazard
☐ Impounded/Pending Investigation
☐ Recovered Stolen Auto
☐ DUI Arrest
☐ Other Custodial Arrest
☐ Other (Specify)
☐ **HOLD** DUI Arrest (Twelve Hour Impoundment)
☐ **HOLD** Authorizing Supervisor ______

| | | | | | |
|---|---|---|---|---|---|
| 2. VEHICLE DESCRIPTION | a. Year | b. Make | c. Model | d. Body Style | e. Color |
| f. Registration (Plate #) | g. Month/Year (of sticker) | h. State | i. VIN | | |
| 3. VEHICLE OWNER INFO | a. Owner Present ☐ Yes ☐ No | b. Owner (s) Name By Plate Number | | | |
| c. Street Address, City, State and Zip Code | | | d. Area Code/Telephone # ( ) | | |

NOTE: IF THE REGISTRATION PLATE (S) DOES NOT REGISTER TO THE TOWED VEHICLE/COMPLETE VIN INFORMATION BELOW

| | |
|---|---|
| e. Name Of Last Registered Owner (s) By VIN | f. Street Address, City, State and Zip Code |

| | | | | | |
|---|---|---|---|---|---|
| 4. VEHICLE CONDITION | a. Keys in Vehicle ☐ Yes ☐ No | b. Running Condition ☐ Yes ☐ No ☐ Unk | c. All Doors Locked ☐ Yes ☐ No | d. Trunk/Hatchback Locked ☐ Yes ☐ No | e. Spare Tire in Vehicle ☐ Yes ☐ No |
| f. In-Dash Radio ☐ Yes ☐ No | g. Cassette/CD Player ☐ Yes ☐ No | h. Cellular Phone ☐ Yes ☐ No | i. Glove Box Locked ☐ Yes ☐ No | j. Odometer Reading ______ ☐ Unable to Read | k. Vehicle Damaged ☐ Yes (specify in Area 5) ☐ No |

5. APPARENT DAMAGE (Place an X in box to left of applicable area (s) / Circle specific locations as necessary
☐ Doors LF LR RF RR Hatch
☐ Door Windows LF LR RF RR
☐ Windshield
☐ Rear Window
☐ Hubcaps Missing LF LR RF RR
☐ Tires/Wheels Missing LF LR RF RR
☐ Seats/Vehicle Interior
☐ Fender LF LR RF RR
☐ Bumpers Front Rear
☐ License Plate Missing Front Rear
☐ Ignition
☐ Roof
☐ Undercarriage
☐ Other Specify ______

| | | |
|---|---|---|
| 6. TOWING INFORMATION | a. Street Address/Location of Tow | b. Name of Towing Service/Address |
| c. Vehicle Towed To (Address) ☐ Premises of Towing Service | | d. Towed Vehicle Number **TV# -** |

| | | | |
|---|---|---|---|
| 7. RECOVERED STOLEN VEHICLE | a. Stolen From (City)/Law Enforcement Agency Name/Telephone# | | b. Date Stolen |
| c. Their Case Number | d. Name of Outside Agency Officer Contacted | e. LEADS # | NCIC # |

8. LIST PERSONAL EFFECTS/PARTS OBVIOUSLY MISSING/OTHER COMMENTS

COPY DISTRIBUTION: WHITE-ORIGINAL POLICE REPORT YELLOW-GIVEN TO TOWING COMPANY

| | | | |
|---|---|---|---|
| Reporting Officer | Star | Unit | Approving Supervisor/Date |

CONT E /Word forms inventory/06-26-07

NOTE: Size of the ***Report Continuation "E" – Motor Vehicle Tow Report*** has been reduced for purposes of documentation in this Order.

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

## APPENDIX 'B' – PROPERTY RELEASE AUTHORIZATION

**ARLINGTON HEIGHTS POLICE DEPARTMENT**
**PROPERTY RELEASE AUTHORIZATION**

| | *For Records Use Only* | Case Number |
|---|---|---|
| ☐ Vehicle<br>☐ Animal | ☐ Under 21/ Admin. Fee $ ________<br>☐ Impounding Fee $ ________ | |

☐ Other Property; Specify By Item # ____________________

Release To: ____________________ Phone # (include area code) ________

Address: ____________________

Release Authorized By: ____________________
Officer Star Number

____________________
Date and Time Release Authorized

Distribution: White Copy – Police Records Yellow Copy – Property Owner or Property Custodian Pink Copy: Inventory Control

Property Release Authorization/Word Forms Inventory/07-16-07

NOTE: Size of the ***Property Release Authorization*** has been reduced for purposes of documentation in this Order.

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

## APPENDIX 'C' – VEHICLE TOW RECORD LOG

### ARLINGTON HEIGHTS POLICE DEPARTMENT – VEHICLE TOW RECORD LOG

| 1. TOW NUMBER | 2. DATE | 3. TIME | 4. CASE NUMBER | 5. REASON FOR TOW | OTHER (EXPLAIN) |
|---|---|---|---|---|---|
| TV 2013- | | | | ☐ ACCIDENT ☐ TRAFFIC HAZARD ☐ STOLEN ☐ ARREST ☐ ABANDONED ☐ SEIZURE | |

| VEHICLE INFO | 6. YEAR | 7. MAKE | 8. MODEL | 9. STYLE | 10. COLOR | 11. LICENSE NUMBER/STATE | 12. EXP. MO/YR | 13. V.I.N. |
|---|---|---|---|---|---|---|---|---|

| IMPOUND STATUS | 14. ☐ RELEASE TO OWNER ON REQUEST | 15. ☐ HOLD CHAPTER 720 ILCS 5/36-1 SEIZURE CHAPTER 720 ILCS 570/505 SEIZURE | 16. ☐ HOLD FOR INVESTIGATION SUPERVISOR APPROVING HOLD: | 17. ☐ HOLD RDL DUI ARREST ☐ HOLD DUI ARREST (Twelve Hour Impoundment) |
|---|---|---|---|---|

| 18. OFFICER REQUESTING TOW / STAR | 19. LOCATION OF VEHICLE TOW (ADDRESS OR INTERSECTION, CITY AND STATE) | 20. PSO COMPLETING TOW RECORD / ID # | 21. SUPERVISOR'S SIGNATURE VERIFYING ENTRY |
|---|---|---|---|

| 1. TOW NUMBER | 2. DATE | 3. TIME | 4. CASE NUMBER | 5. REASON FOR TOW | OTHER (EXPLAIN) |
|---|---|---|---|---|---|
| TV2013- | | | | ☐ ACCIDENT ☐ TRAFFIC HAZARD ☐ STOLEN ☐ ARREST ☐ ABANDONED ☐ SEIZURE | |

| VEHICLE INFO | 6. YEAR | 7. MAKE | 8. MODEL | 9. STYLE | 10. COLOR | 11. LICENSE NUMBER/STATE | 12. EXP. MO/YR | 13. V.I.N. |
|---|---|---|---|---|---|---|---|---|

| IMPOUND STATUS | 14. ☐ RELEASE TO OWNER ON REQUEST | 15. ☐ HOLD CHAPTER 720 ILCS 5/36-1 SEIZURE CHAPTER 720 ILCS 570/505 SEIZURE | 16. ☐ HOLD FOR INVESTIGATION SUPERVISOR APPROVING HOLD: | 17. ☐ HOLD RDL DUI ARREST ☐ HOLD DUI ARREST (Twelve Hour Impoundment) |
|---|---|---|---|---|

| 18. OFFICER REQUESTING TOW / STAR | 19. LOCATION OF VEHICLE TOW (ADDRESS OR INTERSECTION, CITY AND STATE) | 20. PSO COMPLETING TOW RECORD / ID # | 21. SUPERVISOR'S SIGNATURE VERIFYING ENTRY |
|---|---|---|---|

| 1. TOW NUMBER | 2. DATE | 3. TIME | 4. CASE NUMBER | 5. REASON FOR TOW | OTHER (EXPLAIN) |
|---|---|---|---|---|---|
| TV 2013- | | | | ☐ ACCIDENT ☐ TRAFFIC HAZARD ☐ STOLEN ☐ ARREST ☐ ABANDONED ☐ SEIZURE | |

| VEHICLE INFO | 6. YEAR | 7. MAKE | 8. MODEL | 9. STYLE | 10. COLOR | 11. LICENSE NUMBER/STATE | 12. EXP. MO/YR | 13. V.I.N. |
|---|---|---|---|---|---|---|---|---|

| IMPOUND STATUS | 14. ☐ RELEASE TO OWNER ON REQUEST | 15. ☐ HOLD CHAPTER 720 ILCS 5/36-1 SEIZURE CHAPTER 720 ILCS 570/505 SEIZURE | 16. ☐ HOLD FOR INVESTIGATION SUPERVISOR APPROVING HOLD: | 17. ☐ HOLD RDL DUI ARREST ☐ HOLD DUI ARREST (Twelve Hour Impoundment) |
|---|---|---|---|---|

| 18. OFFICER REQUESTING TOW / STAR | 19. LOCATION OF VEHICLE TOW (ADDRESS OR INTERSECTION, CITY AND STATE) | 20. PSO COMPLETING TOW RECORD / ID # | 21. SUPERVISOR'S SIGNATURE VERIFYING ENTRY |
|---|---|---|---|

| 1. TOW NUMBER | 2. DATE | 3. TIME | 4. CASE NUMBER | 5. REASON FOR TOW | OTHER (EXPLAIN) |
|---|---|---|---|---|---|
| TV 2013- | | | | ☐ ACCIDENT ☐ TRAFFIC HAZARD ☐ STOLEN ☐ ARREST ☐ ABANDONED ☐ SEIZURE | |

| VEHICLE INFO | 6. YEAR | 7. MAKE | 8. MODEL | 9. STYLE | 10. COLOR | 11. LICENSE NUMBER/STATE | 12. EXP. MO/YR | 13. V.I.N. |
|---|---|---|---|---|---|---|---|---|

| IMPOUND STATUS | 14. ☐ RELEASE TO OWNER ON REQUEST | 15. ☐ HOLD CHAPTER 720 ILCS 5/36-1 SEIZURE CHAPTER 720 ILCS 570/505 SEIZURE | 16. ☐ HOLD FOR INVESTIGATION SUPERVISOR APPROVING HOLD: | 17. ☐ HOLD RDL DUI ARREST ☐ HOLD DUI ARREST (Twelve Hour Impoundment) |
|---|---|---|---|---|

| 18. OFFICER REQUESTING TOW / STAR | 19. LOCATION OF VEHICLE TOW (ADDRESS OR INTERSECTION, CITY AND STATE) | 20. PSO COMPLETING TOW RECORD / ID # | 21. SUPERVISOR'S SIGNATURE VERIFYING ENTRY |
|---|---|---|---|

NOTE: Size of the ***Vehicle Tow Record Log*** has been reduced for purposes of documentation in this Order.

| SUBJECT: | ISSUE DATE: | AMENDED DATE: | NUMBER: |
|---|---|---|---|
| TOWING PROCEDURES | MAY 20, 1994 | AUG 06, 2013 | 66.2 |

**APPENDIX 'D' – POLICE TOW STICKER**

# POLICE TOW

ARLINGTON HEIGHTS POLICE

This vehicle is in the custody of the ARLINGTON HEIGHTS POLICE DEPARTMENT.
For further information concerning this vehicle, CALL (847)368-5300.
Tampering with this vehicle will result in arrest and prosecution.

TOWED VEHICLE NUMBER: TV ____ - ____________

INCIDENT NUMBER: ______________________

DATE OF INCIDENT: ______________ TIME OF ARREST: ______________

OFFICER REQUESTING TOW / STAR# ______________________

VEHICLE IMPOUND STATUS

☐ RELEASE TO OWNER

☐ HOLD – D.U.I. ARREST - (Twelve Hour Impoundment) Towing service to release to owner in conformance with provisions of Chapter 625 ILCS 5/4-203(e)

☐ HOLD-VEHICLE SEIZURE - Seized in conformance with provisions of Chapter 720 ILCS 5/36-1 and Chapter 720 ILCS 570/505

☐ HOLD-INVESTIGATION - SUPERVISOR APPROVING HOLD ______________

96-00001/REVISED 11-29-05

NOTE: Size of the ***Police Tow Sticker*** has been reduced for purposes of documentation in this Order.

| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 | NUMBER: 66.2 |
|---|---|---|---|

## APPENDIX 'E' – POLICE D.U.I. IMPOUNDMENT STICKER

# POLICE D.U.I. IMPOUNDMENT

ARLINGTON HEIGHTS POLICE

**This vehicle has been seized and impounded by the Arlington Heights Police Department pursuant to Arlington Heights Local Ordinance 18-401 et seq. following its use in a violation of the charge of Driving Under The Influence.**

**For further information concerning this vehicle, CALL (847) 368-5300**
**Tampering with this vehicle will result in arrest and prosecution.**

TOWED VEHICLE NUMBER: **TV** - ____________________

D.U.I. ARREST INCIDENT#: ______________ TIME OF ARREST: ________

ARRESTING OFFICER/STAR # ______________________________

**VEHICLE IMPOUND STATUS**

☒ **HOLD – D.U.I. ARREST** Towing service to hold vehicle and release to owner only upon display of receipt for $500 Administrative Bond.

05-00002-04/12/05

NOTE: Size of the ***Police D.U.I. Impoundment Sticker*** has been reduced for purposes of documentation in this Order.

| | | |
|---|---|---|
| | | NUMBER: 66.2 |
| SUBJECT: TOWING PROCEDURES | ISSUE DATE: MAY 20, 1994 | AMENDED DATE: AUG 06, 2013 |

## APPENDIX 'F' – POLICE REVOKED D.L. IMPOUNDMENT STICKER

# POLICE REVOKED D.L. IMPOUNDMENT

ARLINGTON HEIGHTS POLICE

**This vehicle has been seized and impounded by the Arlington Heights Police Department pursuant to Arlington Heights Local Ordinance 18-402 et seq. following its use in a violation of the charge of Driving While Driver's License Revoked – when the cause was a conviction for Driving Under The Influence.**

**For further information concerning this vehicle, CALL (847) 368-5300**
**Tampering with this vehicle will result in arrest and prosecution.**

TOWED VEHICLE NUMBER: **TV** - ____________

REVOKED D.L. INCIDENT#: ____________ TIME OF ARREST: ________

ARRESTING OFFICER/STAR # ______________________________

**VEHICLE IMPOUND STATUS**

☒ **HOLD – REVOKED D.L. ARREST** — Towing service to hold vehicle and release to owner only upon display of receipt for $500 Administrative Bond.

REVOKED DL/ tow sticker/original 061809

NOTE: Size of the ***Police Revoked D.L. Impoundment Sticker*** has Been reduced for purposes of documentation in this Order.


EXHIBIT 5